UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ERIC TAYLOR AND GAIL TAYLOR, as Parents and Guardians of their minor children,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>vs.  )<br>)<br>NATIONAL CITY BANK, et al.,  )<br>)<br>Defendants.  ) | 1:07-cv-1148-SEB-WTL |

## ORDER OF REMAND

The court, having this day made its Entry directing the remand of this action,

**IT IS NOW ADJUDGED AND DECREED** that cause number No. 49D07-409-CT-001820 from the Marion County Superior Court, Civil Division, is **remanded** to that court.

Date: 09/13/2007

_SARAH EVANS BARKER, JUDGE_
United States District Court
Southern District of Indiana

Distribution:

Eric Taylor
2864 Galahad Dr.
Indianapolis, IN 46228

Gail Taylor
2864 Galahad Dr.
Indianapolis, IN 46228